IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:24cr212-RAH-KFP |
| | ) | [18 U.S.C. §1349] |
| v. | ) | |
| | ) | |
| HUNTER HUDSON, JR., a.k.a "Hunnid K" and | ) | AMENDED INDICTMENT |
| "Li Hunnid K," | ) | |
| ETHAN BROWN, | ) | |
| RUEBEN BROWN, a.k.a. "Ruben Brown," | ) | |
| BRANDON GAGE, a.k.a. "Big B" and "Rich Ass | ) | |
| B," | ) | |
| KERRY HAWTHORNE, a.k.a. "King Plaza," | ) | |
| DESTINIE JAMES, | ) | |
| JOEY PAYNE, a.k.a. "Wizardjo," | ) | |
| and | ) | |
| KEENAN WATSON, a.k.a. "Rambo" and | ) | |
| "On1yRambo" | ) | |

The Grand Jury charges:

COUNT 1
(Conspiracy to Commit Wire Fraud, Bank Fraud, and Mail Fraud)

1. From on or about December 29, 2021, through the present, in Montgomery County, in the Middle District of Alabama, and elsewhere, the defendants,

HUNTER HUDSON, JR., a.k.a "Hunnid K" and "Li Hunnid K,"
ETHAN BROWN,
RUEBEN BROWN, a.k.a. "Ruben Brown,"
BRANDON GAGE, a.k.a. "Big B" and "Rich Ass B,"
KERRY HAWTHORNE, a.k.a. "King Plaza,"
DESTINIE JAMES,
JOEY PAYNE, a.k.a. "Wizardjo,"
and
KEENAN WATSON, a.k.a. "Rambo" and "On1yRambo,"

and others, knowingly conspired, confederated, and agreed with each other to commit the following offenses: wire fraud, in violation of Title 18, United States Code, Section 1343, bank

fraud, in violation of Title 18, United States Code, Section 1344, and mail fraud, in violation of Title 18, United States Code, Section 1341. The conspiracy is described as follows.

2. The defendants knowingly, willfully, and with intent to defraud, devised and intended to devise a scheme and artifice to defraud, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing this scheme and artifice to defraud, cause to be transmitted by means of wire communication in interstate commerce any writings, signs, signals, pictures, or sounds in violation of Title 18, United States Code, Section 1343.

3. The defendants knowingly, willfully, and with intent to defraud, devised and intended to devise a scheme and artifice to defraud another by means of false and fraudulent pretenses and for obtaining money by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice and attempting to do so, took and embezzled any matter or thing contained in the United States mail, in violation of Title 18, United States Code, Section 1341.

4. The defendants knowingly, willfully, and with intent to defraud, devised and intended to devise a scheme or artifice to defraud a financial institution, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATION

A. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(2)(A).

B. Upon conviction of the offenses in violation of Title 18, United States Code,

Section 1349, set forth in Count 1 of this Indictment, the defendants,

        HUNTER HUDSON, JR., a.k.a "Hunnid K" and "Li Hunnid K,"
        ETHAN BROWN,
        RUEBEN BROWN, a.k.a. "Ruben Brown,"
        BRANDON GAGE, a.k.a. "Big B" and "Rich Ass B,"
        KERRY HAWTHORNE, a.k.a. "King Plaza,"
        DESTINIE JAMES,
        JOEY PAYNE, a.k.a. "Wizardjo,"
        and
        KEENAN WATSON, a.k.a. "Rambo" and "On1yRambo,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), all proceeds obtained, directly or indirectly, from the offenses.

    C.    If any of the property described in this forfeiture allegation, as a result of any act or omission of the Defendant:

        (1)    cannot be located upon the exercise of due diligence;

        (2)    has been transferred or sold to, or deposited with, a third party;

        (3)    has been placed beyond the jurisdiction of the court;

        (4)    has been substantially diminished in value; or

        (5)    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 982(a)(2)(A).

A TRUE BILL:

_____
Foreperson

_____
JONATHAN S. ROSS
UNITED STATES ATTORNEY

_____
J. Patrick Lamb
Assistant United States Attorney

_____
Audrey L. Willis
Assistant United States Attorney